UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOBY MAIZE | CIVIL ACTION |
| VERSUS | NO. 12-2723 |
| NEWELL NORMAND, ET AL. | SECTION: "N"(1) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the defendants' motions for summary judgment, Rec. Doc. 19 and 35, are **GRANTED IN PART AND DENIED IN PART**. **IT IS ORDERED** that the motions are granted with respect to plaintiff's federal civil rights claims and that those claims are **DISMISSED WITH PREJUDICE**. **IT IS ORDERED** that the motions are **DENIED** with respect to plaintiff's state law claims; however, **IT IS FURTHER ORDERED** that those claims are nevertheless **DISMISSED WITHOUT PREJUDICE** to their being asserted in the state courts.

New Orleans, Louisiana, this 27th day of March, 2013.

UNITED STATES DISTRICT JUDGE